IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JOSHUA OLIVER, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | 3:06-CV-110 (WDO) |
| | : | |
| BOARD OF REGENTS OF THE | : | SEALED CASE |
| UNIVERSITY SYSTEM OF GEORGIA | : | |
| and MICHAEL ADAMS, in his official | : | |
| capacity as President of the University of | : | |
| Georgia, | : | |
| | : | |
| Defendants | : | |

**ORDER**

Regarding Plaintiff's request for a Temporary Restraining Order that would permit him to enroll in and attend classes at the University of Georgia beginning January 8, 2007, the Defendants are **HEREBY ORDERED TO RESPOND** to the request for the TRO **by no later than the close of business today**, after which Defendants may of course supplement their response by next Wednesday, January 3, 2007.

**BOTH PARTIES ARE HEREBY ORDERED** to file a response with the Court by no later than the close of business today regarding whether either party contends there are ANY issues of fact in dispute. If any party contends there are issues of fact in dispute, that party shall succinctly state those facts in writing in their response.

Finally, due to the nature of this case and the course this case has taken thus far, it is

1

the Court's concern that this matter will become one subject to public comment and extensive media attention. Therefore, it is the Court's expectation that any party who is involved in any way in this case will refrain from making any type of public comment on any aspect of this case until the matter is resolved by this Court. For that purpose, this case is **HEREBY SEALED** and may not be accessed on this Court's electronic filing system or otherwise by any one other than the parties and attorneys affiliated with this case.

**SO ORDERED this 21st day of December, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**